764 A.2d 17

**The SCRANTON TIMES, L.P., Appellant,**

v.

**The SCRANTON SINGLE TAX OFFICE, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 2000.

Decided Dec. 28, 2000.

Frank J. McDonnell, Joseph O. Haggerty, Scranton, for The Scranton Times.

Paul A. Kelly, Scranton, for The Scranton Single Tax Office.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Order affirmed.